IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DWAYNE LYNES-BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 3:24-cv-398-ECM |
| ) | |
| NEW LIFE FOR CHANGE TEEN ) | |
| UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION and ORDER**

On November 4, 2024, the Magistrate Judge entered a Recommendation (doc. 27) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Magistrate Judge's Recommendation (doc. 27) is ADOPTED;

2. The Defendants' motion to dismiss (doc. 20) is DENIED without prejudice;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 21st day of November, 2024.

                                                /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE