IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DWAYNE LYNES-BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-398-ECM |
| | ) |
| NEW LIFE FOR CHANGE TEEN UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On May 1, 2025, the Magistrate Judge entered a Recommendation (doc. 52) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 52) is ADOPTED;

2. The Defendants' renewed motion to dismiss (doc. 41) is DENIED without prejudice;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 26th day of June, 2025.

             /s/ Emily C. Marks
             EMILY C. MARKS
             CHIEF UNITED STATES DISTRICT JUDGE